UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR268 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| PAUL R. SHAFFER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 41).  The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On March 28, 2011, the Court entered a Preliminary Order of Forfeiture (Filing No. 31) pursuant to the provisions of Title 18, United States Code, Sections 2252A(a)(2) and 2253, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following property was forfeited to the United States:

        a.      Dynex Custom Made Desktop Tower, no serial number visible;

        b.      HP hard drive, serial number 5LZ3M2G3;

        c.      Seagate Barracude hard drive, serial number 5QD5MEJB;

        d.      Seagate Barracude hard drive, serial number 3JV8TV36;

        e.      Hitachi Travelstar hard drive, serial number X0G9ZNAE;

        f.      Compaq Presario, serial number CNF727048N; and

        g.      Seagate Momentus hard drive, serial number 5VJ0RD77.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 30, 2011, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on July 13, 2011 (Filing No. 40).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS THEREFORE ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 41) is hereby sustained.

B. All right, title and interest in and to the following property, held by any person or entity, are hereby forever barred and foreclosed:

    a.    Dynex Custom Made Desktop Tower, no serial number visible;

    b.    HP hard drive, serial number 5LZ3M2G3;

    c.    Seagate Barracude hard drive, serial number 5QD5MEJB;

    d.    Seagate Barracude hard drive, serial number 3JV8TV36;

    e.    Hitachi Travelstar hard drive, serial number X0G9ZNAE;

    f.    Compaq Presario, serial number CNF727048N;

    g.    Seagate Momentus hard drive, serial number 5VJ0RD77.

C. The property described above, be, and the same hereby are, forfeited to the United States of America.

D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 13th day of July, 2011.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge